# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. CHRISTY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIV-16-1228-D |
| | ) | |
| 1. @LINK SERVICES, L.L.C. d/b/a ATLINK SERVICES, L.L.C., | ) ) | |
| | ) | **Jury Trial Demanded** |
| Defendant. | ) | **Attorney Lien Claimed** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Christy Smith, hereby stipulates with the Defendant, @Link Services, LLC d/b/a AtLink Services, LLC, that her claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 11th DAY OF SEPTEMBER, 2017.**

s/ Shannon C. Haupt
Jana B. Leonard, OBA #17844
Shannon C. Haupt, OBA #18922
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, OK 73139
Telephone:   405-239-3800
Facsimile:    405-239-3801
leonardjb@leonardlaw.net
haupts@leonardlaw.net
johnstonlw@leonardlaw.net
*Counsel for Plaintiff*

1

                                          <u>s/ Elizabeth Riley Castleberry</u>
                                          (Signed with permission)
                                          Elizabeth Riley Castleberry, OBA #10460
                                          545 Fretz Avenue
                                          Edmond, OK 73003
                                          Telephone: (405) 819-4253
                                          ecastleberrylaw@cox.net
                                          *Counsel for Defendant*